# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTH HILLS CATHOLIC ACADEMY,<br><br>Plaintiff,<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, VALERIE A. ARKOOSH, in her official capacity as Secretary of the Pennsylvania Department of Human Services, OFFICE OF CHILD DEVELOPMENT AND EARLY LEARNING, BUREAU OF CERTIFICATION, SHARON ARABIA, in her official and individual capacities as Acting Director, Office of Child Development and Early Learning, KRISTEN COURT, in her official and individual capacities as a Certification Representative for the Department of Human Services, Office of Child Development and Early Learning, Bureau of Certification, JOYCE PURCELL, in her official and individual capacities as a Certification Representative for Department of Human Services, Office of Child Development and Early Learning, Bureau of Certification, AMY CARNICELLA, in her official and individual capacities as Counsel for Department of Human Services, Office of Child Development and Early Learning, Bureau of Certification, and EUGENE CUCCARESE, in his official and individual capacities as Counsel for Department of Human Services, Office of Child Development and Early Learning, Bureau of Certification,<br><br>Defendants. | CASE NO. 2:24-cv-00676<br><br>**PLAINTIFF'S MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>*Jury Trial Demanded* |

# PLAINTIFF'S MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiff, South Hills Catholic Academy (the "School"), by and through its undersigned Counsel, respectfully move this Court for the entry of a Temporary Restraining Order and the scheduling of a hearing date on Plaintiff's request for a Preliminary Injunction as soon as possible pursuant to Fed. R. Civ. P. 65, and in support thereof avers as follows:

1. Plaintiff filed their initial Complaint with this Honorable Court at the above-referenced docket number on May 6, 2024.

2. Plaintiff incorporates by reference in its entirety their Verified Complaint in this Action.

3. Plaintiff has no other remedy at law.

4. Plaintiff is likely to succeed on the merits of its claims.

5. Plaintiff will suffer irreparable injury if preliminary relief is not granted.

6. Greater harm will be suffered by Plaintiff by the denial of preliminary relief than from its grant.

7. The grant of preliminary relief, which will enjoin defendants from unlawfully entering Plaintiff's property via search warrant or any other unlawful entry, is in the public interest.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to:

i. grant a temporary restraining order substantially in the form on the attached Proposed Order to Show Cause for Preliminary Injunction and Temporary Restraining Order; and

ii. set a hearing date on Plaintiff's Motion for Preliminary Injunction as soon as practicable.

Respectfully submitted,

STRASSBURGER McKENNA
GUTNICK & GEFSKY

By: __/s/ Kathryn L. Clark_____
    Kathryn L. Clark
    Pa. I.D. No.: 80201
    kclark@smgglaw.com
    Alan T. Shuckrow
    Pa. I.D. No.: 74586
    ashuckrow@smgglaw.com
    Gretchen E. Moore
    Pa. I.D. No. 202103
    gmoore@smgglaw.com

*Counsel for Plaintiff*

**JURY TRIAL DEMANDED**