# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SOUTH HILLS CATHOLIC ACADEMY, | : CASE NO.2:24-cv-00676 |
| Plaintiff, | : **ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRINING ORDER** |
| v. | : *Jury Trial Demanded* |
| PENNSYLVANIA DEPARTMENT OF HUMAN SERVICES, VALERIE A. ARKOOSH, in her official capacity as Secretary of the Pennsylvania Department of Human Services, OFFICE OF CHILD DEVELOPMENT AND EARLY LEARNING, BUREAU OF CERTIFICATION, SHARON ARABIA, in her official and individual capacities as Acting Director, Office of Child Development and Early Learning, KRISTEN COURT, in her official and individual capacities as a Certification Representative for the Department of Human Services, Office of Child Development and Early Learning, Bureau of Certification, JOYCE PURCELL, in her official and individual capacities as a Certification Representative for Department of Human Services, Office of Child Development and Early Learning, Bureau of Certification, AMY CARNICELLA, in her official and individual capacities as Counsel for Department of Human Services, Office of Child Development and Early Learning, Bureau of Certification, and EUGENE CUCCARESE, in his official and individual capacities as Counsel for Department of Human Services, Office of Child Development and Early Learning, Bureau of Certification, | |
| Defendants. | |

## ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND
## <u>TEMPORARY RESTRINING ORDER</u>

Upon (i) the Verified Complaint of Plaintiff South Hills Catholic Academy (the "School") sworn to on the 6th day of May, 2024, and (ii) Plaintiff's Memorandum of Law in Support of its Motion for Temporary Restraining Order, and (iii) to prevent further deprivation of Plaintiff's constitutional rights and therefore continuing irreparable harm to Plaintiff as a result of the unlawful search by Defendants, and (iv) given that Plaintiff is likely to prevail on the merits, and (v) taking into consideration that the public's interest in ensuring that unconstitutional searches by the government are prohibited, it is hereby:

*ORDERED*, that the above named Defendant[s] show cause before this Court, at Room _____, Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219 on _____, _____ at _____ a.m./p.m. or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Defendant[s] during the pendency of this action from unlawfully searching the South Hills Catholic Academy; it is further

*ORDERED*, that sufficient reason having been shown pending the hearing of Plaintiff's application for a preliminary injunction, but in no event beyond fourteen (14) days from the entry of this order, unless extended by the Court, Defendant[s] are temporarily restrained and enjoined from unlawfully searching the South Hills Catholic Academy; and it is further

*ORDERED*, that Plaintiff is not required to post security in any amount; and it is further

*ORDERED*, that electronic service of a copy of this order upon Defendant[s] or its counsel on or before _____, _____ at _____ at a.m./p.m. shall be deemed good and sufficient service thereof; and it is further

*ORDERED*, that opposing papers, if any, shall be served by electronic filing through CM/ECF upon Kathryn L. Clark, Esq., Alan Shuckrow, Esq., Gretchen E. Moore, Esq. and Strassburger McKenna Gutnick & Gefsky, 444 Liberty Avenue, Pittsburgh, PA 15222, attorney for the plaintiff, received at their office on or before _____, _____ at _____ a.m./p.m.

DATED: _____      _____
           Pittsburgh, Pennsylvania                      United States District Judge